INTERFOOD, INC., Waltepco Holding Company, Waltepco Realestate, Inc., Tepco B.V. and F.C.G.M. van Stipdonk, Respondents,

v.

Larry RICE, Michael Husmann, and DF Ingredients, Inc., Appellants.

No. ED 97646.

Missouri Court of Appeals, Eastern District, Division One.

Sept. 25, 2012.

Motion For Rehearing And/Or Transfer to Supreme Court Denied Nov. 13, 2012.

Application for Transfer Denied Jan. 29, 2013.

Thomas Cummings, Jeffrey L. Schultz, Jeffery T. McPherson, St. Louis, MO, for respondents.

Larry Rice, Washington, MO, Appellant Acting Pro Se.

Michael Husmann, Washington, MO, Appellant Acting Pro Se.

Alan G. Kimbrell, Ballwin, MO, for Appellant DF Ingredients, Inc.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Larry Rice, Michael Husmann and DF Ingredients, Inc. appeal from the trial court's judgment of contempt in favor of Interfood, Inc., Waltepco Holding Compa-

ny, Waltepco Realestate, Inc., Tepco B.V. and F.C.G.M. van Stipdonk. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court committed no error in entering the contempt judgment. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).